# CIVIL CITATION
## THE STATE OF TEXAS

### CAUSE NO: 61995

| | | |
|---|---|---|
| BETTY CARRELL | § | 88TH JUDICIAL DISTRICT COURT |
| -VS- | § | |
| COLLIERVILLE385MOTORS, LLC, | § | COUNTY OF HARDIN |
| COLLIERVILLE CHRYSLER DODGE JEEP RAM AND JOHN | | |
| CAMPBELL | | |

**NOTICE TO DEFENDANT**: *"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of 20 days after you were served this citation and petition, a Default Judgment may be taken against you."*

TO:   **COLLIERVILLE385MOTORS, LLC…. 393 S. BYHALIA ROAD, COLLIERVILLE, TN 38017**

Defendant, in the hereinafter styled and numbered cause: 61995

You are hereby commanded to appear before 88TH JUDICIAL DISTRICT COURT of HARDIN COUNTY, TEXAS to be held at the courthouse located at 300 Monroe St. of said County in  the City of Kountze , Hardin County, Texas, by filing a written answer to the Plaintiff's Original Petition at or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation,  in cause number **61995** styled:

### BETTY CARRELL
### -VS-
### COLLIERVILLE385MOTORS, LLC,
### COLLIERVILLE CHRYSLER DODGE JEEP RAM AND JOHN CAMPBELL

Said Petition was filed in said court on 29th day of December, 2020 by MATT MATHENY , Attorney for Plaintiff , whose address is 490 PARK ST, BEAUMONT, TX 77701.

 ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT AT KOUNTZE, TEXAS, ON THIS THE 29th day of December, 2020.

**Dana Hogg**
**District Clerk**
**Hardin County, Texas**
**P.O. Box 2997**
**Kountze, TX 77625**

By _Tracie Morgan_

TRACIE MORGAN, DEPUTY CLERK

EXHIBIT B

## OFFICER'S CERTIFIED MAIL RETURN

Came to hand on the _____ day of _____, 20___ at _____ o'clock ____M, and executed at _____o'clock _____ on the _____ day of _____, 20____, by mailing to the within named _____, certified mail, return receipt requested with restricted delivery a true copy of this citation together with an attached copy of Plaintiff's Petition to the following address:

_____

USPS#:_____

Service upon the Defendant is evidenced by the return receipt hereto attached and signed by

_____ and dated: _____.

[   ] This Citation was not executed for the following reason:

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY.

Fee$_____                                            _____
                                                                      District Clerk / Officer / Sheriff
                                                                      Hardin County, Texas

                                                      By _____Deputy

EXHIBIT B

Filed: 12/29/2020 1:23 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Tracie Morgan

61995

### CAUSE NO._____

| | | |
|---|---|---|
| **BETTY CARRELL** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **vs.** | § | |
| | § | **HARDIN COUNTY, TEXAS** |
| **COLLIERVILLE385MOTORS, LLC,** | § | 88TH |
| **COLLIERVILLE CHRYSLER DODGE** | § | _____JUDICIAL DISTRICT |
| **JEEP RAM AND JOHN CAMPBELL** | § | |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BETTY CARRELL, hereinafter referred to as Plaintiff, complaining of JOHN CAMPBELL, hereinafter referred to as Defendant, and for cause of action would show unto this Court as follows:

**I.**

Plaintiff hereby invokes Discovery level 3 under Tex. R. Civ. P. 190.2(c).

**II.**

Plaintiff, BETTY CARRELL, is a resident of Silsbee, Hardin County Texas.  The last 3 digits of her social security number are 099.

COLLIERVILLE385MOTORS, LLC, is a foreign entity doing business in Texas and may be served at its principle place of business located at 393 S Byhalia Road, Collierville, TN 38017. Service of process is requested at this time.

COLLIERVILLE CHRYSLER DODGE JEEP RAM, is a foreign entity doing business in Texas and may be served at its principle place of business located at 393 S Byhalia Road, Collierville, TN 38017. Service of process is requested at this time.

EXHIBIT B

Filed: 12/29/2020 1:23 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Tracie Morgan

Defendant, JOHN CAMPBELL is a resident of Bartlett, Shelby County, Tennessee and may be served with process at his residence of 8412 Memphis Arlington Road, Bartlett, Tennessee 38133. Service of process is requested at this time.

### III.

Plaintiff alleges that venue is proper in Jefferson County, Texas, because one of the defendants resides in Jefferson County, Texas.  Moreover, Plaintiff alleges that this Court has jurisdiction herein in that the amount in controversy is within the jurisdictional requirements of this Court.

### IV.

Plaintiff alleges that on or about December 27, 2019, Betty Carrell, was involved in a collision when Defendant, John Campbell, in the course and scope of his employment with Defendant, Collierville Chrysler, struck Plaintiff's vehicle from behind. That said collision was caused by one or more negligent acts and/or omissions on the part of the Defendant, which negligent acts were proximate cause of property damages and personal injuries to Plaintiffs. Defendant, John Campbell, failed to control his speed and failed to maintain a proper lookout. Plaintiff would show that this collision (as well as their resulting injuries, damages, and losses) was brought about to occur and was proximately caused by the negligence of the Defendant herein.  As a result of the impact, Plaintiff suffered severe injuries. The collision and all damages and injuries resulting therefrom were not caused by or contributed to by Plaintiff, nor did same occur through any fault or negligence on the part of Plaintiff, but were caused solely by the acts, wrongs, and/or omissions of Defendant, which said acts, wrongs, and/or omissions were the proximate cause of the injuries and damages sustained by the Plaintiff.

Filed: 12/29/2020 1:23 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Tracie Morgan

**V.**

On the occasion in question, the Defendant, was guilty of certain acts, wrongs, and/or omissions, each and all amounting to negligence.  Said acts, wrongs, and/or omissions include, without limitation, the following.

1.     Failure to control speed;

2.     Failure to maintain proper lookout;

3.     Failure to timely apply brakes;

4.     Failure to operate vehicle in a safe manner;

5.     Failure to maintain control of vehicle;

6.     Violating Tex. Trans. Code 545 which is negligence per se; and

7.     In committing various acts and/or omissions of negligence, both statutory and common law, to be specified in detail at the time of trial.

All of the above acts, wrongs, and or omissions, as well as various other acts, wrongs, and/or omissions on the part of the Defendant amounted to negligence and negligence per se and were the proximate cause of the resulting damages and injuries suffered to and by the Plaintiff.

**VI.**

Additionally, or alternatively, Defendant, John Campbell, was in the course and scope of his employment as an employee of Defendant, Collierville Chrysler. Defendant, Collierville Chrysler is liable under a theory of ***respondeat superior***.

Defendant, Collierville Chrysler was negligent in entrusting the vehicle to John Campbell because John Campbell was incompetent and unfit to safely operate a motor vehicle on the public streets and highways of Texas.  Defendant, Collierville Chrysler,

Filed: 12/29/2020 1:23 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Tracie Morgan

knew, or in the exercise of due care, should have known that John Campbell was incompetent and unfit.   This negligence of Defendant, Collierville Chrysler was a proximate cause of the collision and damages sustained by Plaintiff.

### VII.

Plaintiff would further show that as a proximate cause of the Defendant's negligence, Plaintiff has undergone medical treatment and is still undergoing medical treatment.   Therefore, Plaintiff has incurred reasonable and customary medical expenses for necessary medical treatment.   Plaintiff will incur additional reasonable and necessary medical bills and will continue to incur such in the future and probably for the rest of his life.  Accordingly, Plaintiff sues for both past and future medical expenses.

### VIII.

As a proximate result of Defendants' negligence, Plaintiff suffered severe injuries. As a result of Plaintiff's injuries, Plaintiff suffered the following damages:

a.    Physical pain and mental anguish in the past and future;

b.    Physical impairment in the past and future;

c.    Medical expenses in the past and future; and

d.    Property damage.

### IX.

Plaintiff, additionally, is entitled to both pre-judgment and post-judgment interest at the highest rate allowed by law. As a result of the facts hereinabove alleged, Plaintiff have been made to suffer and sustain, at the hands of the Defendants, general and special damages in an amount in excess of the jurisdictional requirements of this Court and in such amount as the evidence may show proper at the time of trial.   While the

Filed: 12/29/2020 1:23 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Tracie Morgan

amount of the Plaintiff's damages are the sole province of the jury, Plaintiff is required to plead a minimum amount of damages.  In accordance with Tex. R. Civ. Pro. 47, Plaintiff is seeking damages in excess of $1,000,000.00.

X.

For these reasons, Plaintiffs asks that Defendant be cited to appear and answer, and on final trial, that Plaintiffs have judgment against Defendant for:

a.      Actual damages;

b.      Exemplary damages;

c.      Pre-judgment and post-judgment interest as allowed by law;

d.      Costs of suit; and,

e.      All other relief the court deems appropriate.

Respectfully submitted,
PROVOST ☆ UMPHREY
LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

_____
MATTHEW C. MATHENY
STATE BAR NUMBER: 24039040
mmatheny@pulf.com
ATTORNEY FOR PLAINTIFF

EXHIBIT B

Filed: 12/29/2020 1:23 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Tracie Morgan

## JURY DEMAND

Plaintiff respectfully requests a trial by jury.

_____
MATTHEW C. MATHENY

EXHIBIT B